**Title:** BIG WET ASSES #17                                   **Network:** BitTorrent
**SHA-1 Hash:** 0F570BFFD01696FCB514C67DCCFE089AC3C6C68E       **Swarm Date:** 10/3/2010

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 68.36.179.152 | 9/28/2010 18:36 | 10/21/2010 3:54 | Audubon | NJ | Comcast Cable |
| 2 | 68.45.124.129 | 9/29/2010 10:01 | 10/4/2010 9:13 | Tuckerton | NJ | Comcast Cable |
| 3 | 69.248.171.151 | 9/28/2010 19:17 | 10/13/2010 10:37 | Egg Harbor Township | NJ | Comcast Cable |
| 4 | 69.115.112.206 | 10/3/2010 3:04 | 10/6/2010 22:48 | Teaneck | NJ | Optimum Online |
| 5 | 69.125.45.217 | 9/29/2010 3:02 | 10/8/2010 4:26 | Elizabeth | NJ | Optimum Online |
| 6 | 108.14.90.15 | 9/28/2010 17:53 | 10/30/2010 0:03 | Jersey City | NJ | Verizon Internet Services |
| 7 | 108.21.183.13 | 9/30/2010 1:48 | 10/31/2010 1:58 | Jersey City | NJ | Verizon Internet Services |
| 8 | 72.82.193.34 | 9/28/2010 15:54 | 10/14/2010 1:26 | Mount Laurel | NJ | Verizon Internet Services |
| 9 | 98.109.42.86 | 10/3/2010 2:37 | 10/3/2010 4:19 | Bloomfield | NJ | Verizon Internet Services |
| 10 | 98.116.141.31 | 9/28/2010 13:33 | 10/28/2010 3:20 | Jersey City | NJ | Verizon Internet Services |

# EXHIBIT A

NJ2